IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

PRIORITY RECORDS, LLC, a )
California limited liability company, )
SONY BMG MUSIC )
ENTERTAINMENT, a Delaware general )
partnership, WARNER BROS. )
RECORDS, INC., a Delaware )
corporation, and BMG MUSIC, a New )
York general partnership, )
 )
      Plaintiffs, ) No. C06-4039-MWB
 )
vs. )
 )
 ) JUDGMENT
ALLISON STEVENSON, ) IN A CIVIL CASE
 )
      Defendant. )

This matter came before the Court and

    IT IS ORDERED AND ADJUDGED

    Judgment is entered in accordance with the attached Order For Entry of Judgment and Permanent Injunction.

Dated: **SEP 18 2006**

PRIDGEN J. WATKINS
Clerk

_____
(By) Deputy Clerk

**APPROVED BY:**

_____
**MARK W. BENNETT**
**Chief Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| PRIORITY RECORDS, L.L.C., a California limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, WARNER BROS. RECORDS, INC., a Delaware corporation, and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLISON STEVENSON,<br><br>Defendant. | No. C 06-4039-MWB<br><br><br><br><br>**ORDER FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

This matter comes before the court pursuant to the parties' September 14, 2006, Stipulated Request For Entry Of Judgment And Permanent Injunction (docket no. 14). The Stipulation follows a Complaint filed by the Plaintiffs on April 21, 2006 (docket no. 1), seeking damages and injunctive relief for copyright infringement by defendant Allison Stevenson under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.* Defendant Stevenson has been properly and validly served with the Summons and Complaint in this action and is subject to the jurisdiction of the Court.

The Court, having considered the Stipulated Request For Entry Of Judgment And Permanent Injunction, **ORDERS AND ADJUDGES**, as follows:

1. Plaintiffs have alleged that Defendant distributed (including by uploading) and/or reproduced (including by downloading) via the Internet or an online media

distribution system copyrighted sound recordings owned or controlled by the Plaintiffs, without Plaintiffs' authorization, in violation of 17 U.S.C. § 501. Without admitting or denying liability, Defendant has not contested plaintiffs' allegations, and has acknowledged that such conduct is wrongful.

2. Defendant shall pay to Plaintiffs in settlement of this action the sum of $4,080.00.

3. Defendant shall pay Plaintiffs' costs of suit (complaint filing fee and service of process fee) in the amount of $420.00.

4. Defendant shall be and hereby is **permanently enjoined** from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and in any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by:

    a. using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs; or

    b. causing, authorizing, permitting, or facilitating any third party to access the Internet or any online media distribution system through the use of an Internet connection and/or computer equipment owned or controlled by Defendant, to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant and/or any third party that has used the Internet connection and/or computer equipment owned or controlled by Defendant has downloaded without Plaintiffs' authorization onto any computer hard drive or server owned or controlled by Defendant, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

5. Defendant irrevocably and fully waives notice of entry of the Judgment and Permanent Injunction, and understands and agrees that violation of the Judgment and Permanent Injunction will expose Defendant to all penalties provided by law, including for contempt of Court.

6. Defendant irrevocably and fully waives any and all right to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

7. Nothing contained in the Judgment and Permanent Injunction shall limit the right of Plaintiffs to recover damages for any and all infringements by Defendant of any right under federal copyright law or state law occurring after the date Defendant executes the Stipulation to Judgment and Permanent Injunction.

8. Defendant shall not make any public statements that are inconsistent with any term of the Stipulation to Judgment and Permanent Injunction.

9. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

**DATED** this 14th day of September, 2006.

*[signature: Mark W. Bennett]*

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

# Orders on Motions

5:06-cv-04039-MWB Priority Recordings LLC et al v. Stevenson -- COPYRIGHT

## U.S. District Court

### Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from des, entered on 9/14/2006 at 3:57 PM CDT and filed on 9/14/2006

**Case Name:**      Priority Recordings LLC et al v. Stevenson -- COPYRIGHT
**Case Number:**    5:06-cv-4039
**Filer:**
**Document Number:** 15

**Docket Text:**
ORDER granting [14] Motion for Permanent Injunction, granting [14] Motion For Entry of Judgment (See Order Text). Signed by Judge Mark W Bennett on 9/14/06. (des, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=9/14/2006] [FileNumber=382364-0]
[7e1ca1a3ea472543615934b9abac163a54376d8a215676a376e2b4ec3ac1dec013bb
059712df664d6631568ef3a0f056b7d8e00483696818f9d9befbc84365dd]]

**5:06-cv-4039 Notice will be electronically mailed to:**

Kevin J Driscoll     kdriscoll@finleylaw.com

Eric Gregory Hoch     ehoch@finleylaw.com, jwarner@finleylaw.com

Adam Wayne Jones     ajones@ialawyers.com,

Kami Lang     klang@finleylaw.com,

G Brian Pingel     bpingel@ialawyers.com

Glenn L Smith     gsmith@finleylaw.com,

**5:06-cv-4039 Notice will be delivered by other means to:**